

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00220-CV

**IN THE INTEREST OF A.B.R.**, W.C.R., and K.R.R., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19862
Honorable Stephani A. Walsh, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's July 25, 2017 Nunc Pro Tunc Order in Suit to Modify Parent-Child Relationship is REVERSED. We RENDER judgment denying appellant Carlos R.'s petition to modify, denying Victoria R.'s cross-petition to modify, and dismissing Victoria R.'s request to have Carlos post a cash bond. The case is REMANDED to the trial court for the sole issue of determining the parties' claims for attorney's fees. It is further ORDERED that the costs of this appeal are taxed against the party incurring the same. *See* TEX. R. APP. P. 43.4.

SIGNED August 22, 2018.

_____
Luz Elena D. Chapa, Justice